# First District Court of Appeal
## State of Florida

_____

No. 1D18-4264
_____

K.M., Natural Mother of
C.R.D.M., N.M.M., J.E.M., and
M.I.Z.M., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

February 27, 2019

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and ROBERTS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Patricia B. Wright, Pensacola, and David J. Joffe of Joffe Law, P.A., Fort Lauderdale, for Appellant.

Thomasina F. Moore and Sara Goldfarb of Florida Statewide Guardian ad Litem Office, Tallahassee; Richard Scott Ragan of Guardian ad Litem Office, Pensacola; Sarah J. Rumph of Children's Legal Services, Tallahassee; and Rhonda Parnell, Pensacola, for Appellee.